UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SEDRICK WASHINGTON,**

    **Plaintiff,**

**v.**                                                    **Case No. 5:23-cv-123-TKW-MJF**

**COLE DYAS, et al.,**

    **Defendants.**

                                                 /

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 14). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the claims against Defendants Pendergraft, Fox, Suber, Fisher and Jansen should be dismissed for failure to state a claim upon which relief can be granted. Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    The claims against Defendants Pendergraft, Fox, Suber, Fisher and Jansen are **DISMISSED** under 28 U.S.C. §§1915(e)(2) and 1915A for failure to

state a claim upon which relief can be granted, and the Clerk shall terminate those Defendants as parties in CM/ECF.

3. This case is returned to the magistrate judge for further proceedings on the remaining claims.

**DONE and ORDERED** this 29th day of March, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**